Form G-3 (20241101)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION      ▾DIVISION

In re:  Renee D Mills                    )   Chapter  13     ▾
        Thomas F Kincaid, IV             )
                                         )   No. 25-14298
                                         )
        Debtor(s)                        )   Judge Jacqueline P. Cox                    ▾

### NOTICE OF MOTION

TO:  See attached list

        PLEASE TAKE NOTICE that on January 26, 2026 ____, at _9:00_ a.m ▾, I will appear before the Honorable Jacqueline P. Cox ▾, or any judge sitting in that judge's place, **either** in courtroom _680_ of the Everett McKinley Dirksen United States Courthouse ▾, 219 S. Dearborn Street, Chicago, IL 60604 ▾ **or** electronically as described below, and present the motion of Debtors _____ [to/for] Objection to Claim 15 of Wollemi Acquisitions, LLC _____, a copy of which is attached.

        **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

        **To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/. Then enter the meeting ID and passcode.

        **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

        **Meeting ID and passcode.**  The meeting ID for this hearing is _161 273 2896_, and the passcode is _778135_.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

        **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                    By: /s/ David H. Cutler _____

                                        David H. Cutler, esq.
                                        Counsel for Debtors:
                                        Cutler & Associates, Ltd.
                                        4131 Main St, Skokie, IL 60076
                                        Phone: (847) 673-8600
                                        cutlerfilings@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I, <u>David H. Cutler</u>,

☒ an attorney, certify

- or -

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on <u>December 23, 2025</u>, at <u>6:30</u> p.m ▾ *

/s/ David H. Cutler

[Signature]

*All applicable boxes must be checked and all blanks filled in.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 13** |
| | ) | |
| **Renee D Mills and Thomas F Kincaid,** | ) | **Case No. 25-14298** |
| | ) | |
| **Debtor(s).** | ) | **Judge Jacqueline P. Cox** |

**OBJECTION TO CLAIM OF WOLLEMI**
**ACQUISITIONS, LLC (CLAIM NO. 15)**

NOW COMES the Debtors, Renee D Mills and Thomas F Kincaid, by and through their

attorneys, Cutler & Associates, Ltd., and in support of his Objection to the Claim of Wollemi

Acquisitions, LLC (Claim No. 15), states as follows:

1.	The Debtors filed a petition for relief pursuant to Chapter 13 of Title 11 United States

Code on September 17, 2025.

2.	That the Debtors' plan is unconfirmed and up for confirmation on January 26, 2026 and

the terms of the unconfirmed plan are $2,740 per month for 40 months and then $3,175 for 20

with unsecured creditors to receive 100% of their allowed unsecured claims.

3.	The bar date for non-governmental creditors to file claims was November 26, 2025.

4.	On October 29, 2025, Wollemi Acquisitions, LLC c/o AIS Portfolio Services, LLC

("Wollemi") filed a secured Proof of Claim in the amount of $5,625. A copy of the claim is

marked as Exhibit A.

5.	Said claim is allegedly secured by a 2014 Dodge Caravan and was allegedly acquired

from Santander.

6.	The Debtor, Thomas F Kincaid, filed a Chapter 13 case, Case No.16-30783 on September

27, 2016.  Said case was converted to a Chapter 7 June 12, 2019.

7.	The Debtor listed the debt with Santander Consumer USA for the 2014 Dodge Caravan in

his Chapter 7 case.

8.      The Debtor filed an Amended Statement of Intention on June 21, 2019, and listed that he intended to surrender the property.  A copy of the Statement of Intention is marked as Exhibit B.

9.      The debtor did not enter into a reaffirmation agreement with Santander or any other creditors for the 2014 Dodge Caravan.

10.     The vehicle was thereafter repossessed from the Debtor.

11.     The Debtor received a discharge in his Chapter 7 case on September 17, 2019.  A copy of the discharge order marked as Exhibit C.

12.     Accordingly, any debt owed for the 2014 Dodge Caravan was discharged.

13.     As a result, the secured claim of Wollemi should be denied.

WHEREFORE, the Debtor(s) prays for the following relief:

A.  That this Court enter an order disallowing the claim of the Wollemi Acquisitions, LLC (Claim No. 15); and

B.  For such other and further relief as this Court deems equitable and just.


                                                                    Respectfully Submitted,

Dated:  December 23, 2025



                                                    By:_____/s/ David H. Cutler
                                                          One of the attorneys for the Debtor(s)


Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600