Amit Rohit
**WOLLEMI ACQUISITIONS, LLC**
**4515 N Santa Fe Ave. Dept. APS**
**Oklahoma City OK 73118**
**(800) 946-0332**

IN THE UNITED STATES BANKRUPTCY COURT
FOR : NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: RENEE D MILLS<br>THOMAS F KINCAID, IV<br><br>DEBTOR(S) | §<br>§<br>§<br>§  CASE NO. 25-14298<br>§<br>§  CHAPTER 13<br>§ |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 15

COMES NOW, AIS Portfolio Services, LLC, bankruptcy servicer for WOLLEMI ACQUISITIONS, LLC and files this its Notice of Withdrawal of Proof of Claim Number 15-1 filed by ROHAN PARDESHI and requests that its Claim in the above-styled and numbered case on 10/29/2025 be withdrawn.

Respectfully submitted,

/s/ Amit Rohit
_____

Amit Rohit
WOLLEMI ACQUISITIONS, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City OK 73118
(800) 946-0332

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 8th day of January, 2026.

/s/ Amit Rohit

Amit Rohit

**DEBTOR ATTORNEY**

**CUTLER & ASSOCIATES LTD**
DAVID H CUTLER
4131 MAIN ST
SKOKIE, IL , 60076

**TRUSTEE:**

THOMAS H HOOPER
55 E MONROE ST
SUITE 3850
CHICAGO, IL, 60603